UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-43272 |
| | ) | Chapter 7 |
| DIEGO REYES, | ) | |
| | ) | Honorable Timothy A. Barnes |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on March 2, 2017, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

**U.S. Trustee**
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov

| | | |
|---|---|---|
| **R Scott Alsterda**<br>Nixon Peabody LLP<br>70 West Madison, Suite 3500<br>Chicago, IL 60602<br>312-977-9203<br>312-977-4405 (fax)<br>rsalsterda@nixonpeabody.com | representing | **Trustee R Scott Alsterda**<br>Nixon Peabody LLP<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602<br>312-977-9203<br>312-977-4405 (fax)<br>rsalsterda@nixonpeabody.com<br>*(Trustee)* |
| **William J. Hurley, III**<br>Crowley & Lamb, P.C.<br>221 N. LaSalle Street, Suite 1550<br>Chicago, IL 60601-1206<br>312-670-6900 Ext. 415<br>312-467-5926 (fax)<br>whurley@crowleylamb.com | representing | **Northbrook Bank And Trust Company**<br>2107 W. Irving Park Road<br>Chicago, IL 60618<br>*(Creditor)* |

| | | |
|---|---|---|
| **Jennifer E. Frick**<br>Crowley & Lamb, P.C.<br>221 N. LaSalle Street, Suite 1550<br>Chicago, IL 60601-1206<br>312-670-6900<br>312-467-5926 (fax)<br>jfrick@crowleylamb.com | representing | **Northbrook Bank And Trust Company**<br>2107 W. Irving Park Road<br>Chicago, IL 60618<br>*(Creditor)* |
| **Frank J Kokoszka**<br>Kokoszka & Janczur, P.C.<br>122 South Michigan Ave., Suite 1070<br>Chicago, IL 60603<br>312-443-9600 x7861<br>312-443-5704 (fax)<br>fkokoszka@k-jlaw.com | representing | **Diego Reyes**<br>3634 North Keeler Avenue<br>Chicago, Il 60641<br>*(Debtor 1)* |

and I hereby further certify that on March 2, 2017, I caused to be sent by first class U.S. mail the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** and **Certificate of Service** to the following non-registered individuals by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

Diego Reyes
3634 North Keeler Avenue
Chicago, Il 60641-3013

Northbrook Bank and Trust Company
2107 W. Irving Park Road
Chicago, IL 60618-3923

AAA Credit Card
PO Box 851001
Dallas, TX 75285-1001

American Express
PO Box 0001
Los Angeles, CA  90096-8000

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Bermans Infiniti of Chicago
640 N. LaSalle Street
Chicago, IL 60654

Chase Credit Card
Card Member Services
PO Box 15548
Wilmington, DE  19886-5548

Chase Mileage Plus
PO Box 15548
Wilmington, DE 19886-5548

City of Chicago
121 North LaSalle Street
Chicago, IL 60602-1202

City of Chicago
Administrative Hearings
PO Box 71429
Chicago, IL  60694-1429

2

Green Tree Servicing, LLC
PO Box 7169
Pasadena, CA  91109-7169

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX  76067

Northbrook Bank & Trust
1145 N. Arlington Heights Rd.
Itasca, IL 60143-3171

Sallie Mae
PO Box 9635
Wilkes-Barre, PA  18773-9635

USAA World MasterCard
10750 McDermott Fwy
San Antonio, TX 78288-1600

Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9096

Northbrook Bank & Trust Company
1100 Waukegan Rd
Northbrook, IL 60062-4663

Re/Max Peninsula
825 Diligence Drive
Suite 126
Newport News, VA 23606-4271

UIC
912 South Wood Street
Chicago, IL  60612-4300

Dated: March 2, 2017

R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for Diego Reyes, Debtor

/s/  R. Scott Alsterda
*One of his attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.)
(312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com

4843-3559-2260.1
296435-000001