# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| REYES, DIEGO | § | Case No. 13-43272 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 652,906.51                          Assets Exempt: 262,712.05
*(Without deducting any secured claims)*

Total Distributions to Claimants: 21,023.45          Claims Discharged
                                                      Without Payment: 653,468.32

Total Expenses of Administration: 18,976.55

---

3) Total gross receipts of $ 40,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 40,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 380,952.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 18,007.55 | 18,976.55 | 18,976.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 676,716.54 | 1,277,151.17 | 652,921.77 | 21,023.45 |
| **TOTAL DISBURSEMENTS** | $ 1,057,668.54 | $ 1,295,158.72 | $ 671,898.32 | $ 40,000.00 |

4) This case was originally filed under chapter 7 on 11/05/2013 . The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/08/2017                By:/s/R. SCOTT ALSTERDA
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Schwab Brokerage Account Location: Charles Schwab | 1129-000 | 10,000.00 |
| USAA Asset Management Account | 1129-000 | 12,000.00 |
| 2013 Federal Income Tax Refund | 1224-000 | 500.00 |
| Possible Salary Bonus From Employer | 1229-000 | 17,000.00 |
| Keeler Property Refi Refund | 1229-000 | 500.00 |
| TOTAL GROSS RECEIPTS | | $40,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Green Tree Servicing, LLC P.O Box 7169 Pasadena CA 91109-7169 | | 66,652.00 | NA | NA | 0.00 |
| | Creditor # : 2 Nationstar Mortgage P.O. Box 630267 Irving TX 75063 | | 314,300.00 | NA | NA | 0.00 |
| | Representing: Nationstar Mortgage | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 380,952.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA AS TRUSTEE | 2100-000 | NA | 4,750.00 | 4,750.00 | 4,750.00 |
| R. SCOTT ALSTERDA AS TRUSTEE | 2200-000 | NA | 54.50 | 54.50 | 54.50 |
| ASSOCIATED BANK | 2600-000 | NA | 47.95 | 47.95 | 47.95 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 20.00 | 20.00 | 20.00 |
| NIXON PEABODY LLP | 3110-000 | NA | 12,901.00 | 12,901.00 | 12,901.00 |
| NIXON PEABODY LLP | 3120-000 | NA | 234.10 | 234.10 | 234.10 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KUTCHINS, ROBBINS & DIAMOND, LTD. | 3410-000 | NA | 0.00 | 969.00 | 969.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 18,007.55 | $ 18,976.55 | $ 18,976.55 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 AAA Credit Card PO Box 851001 Dallas TX 725285 | | 7,400.00 | NA | NA | 0.00 |
| | Creditor # : 2 American Express PO Box 0001 Los Angeles CA 90096-8000 | | 1,200.00 | NA | NA | 0.00 |
| | Creditor # : 3 Chase Credit Card Carmember Services P.O. Box 15548 Wilmington DE 19886-5548 | | 1,800.00 | NA | NA | 0.00 |
| | Creditor # : 4 Chase Mileage Plus P.O. Box 15548 Wilmington DE 19886 | | 5,200.00 | NA | NA | 0.00 |
| | Creditor # : 5 City of Chicago 121 North LaSalle Street Chicago IL 60602 | | 640.00 | NA | NA | 0.00 |
| | Creditor # : 8 UIC 912 South Wood Street Chicago IL 60612-4300 | | 224.00 | NA | NA | 0.00 |
| | Creditor # : 9 USAA World Mastercard 10750 McDermott Fwy San Antonio TX 78288 | | 5,106.00 | NA | NA | 0.00 |
| | Representing: City of Chicago | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Northbrook Bank | | 0.00 | NA | NA | 0.00 |
| | Representing: Northbrook Bank | | 0.00 | NA | NA | 0.00 |
| 000003 | NAVIENT SOLUTIONS, INC. ON BEHALF O | 7100-000 | 12,047.00 | 28,692.37 | 28,692.37 | 923.87 |
| 000002 | NORTHBROOK BANK | 7100-000 | NA | 624,229.40 | 0.00 | 0.00 |
| 000001 | NORTHBROOK BANK AND TRUST COMPANY | 7100-000 | 643,099.54 | 624,229.40 | 624,229.40 | 20,099.58 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 676,716.54 | $ 1,277,151.17 | $ 652,921.77 | $ 21,023.45 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-43272 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | REYES, DIEGO | | | Date Filed (f) or Converted (c): | 11/05/13 (f) |
| | | | | 341(a) Meeting Date: | 12/19/13 |
| For Period Ending: | 05/08/17 | | | Claims Bar Date: | 01/25/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Home residence: 3634 North Keeler Avenue Chicago, | 442,000.00 | 0.00 | | 0.00 | FA |
| 2. 103 Inland View Drive Newport News, VA 23603 (Newp | 120,000.00 | 0.00 | | 0.00 | FA |
| 3. Joint Checking Account with Debtor's Wife Chase Ba 7 | 2,029.95 | 0.00 | | 0.00 | FA |
| 4. Joint Debit Reserve Account Account #XXXXX7203 (to | 89.00 | 0.00 | | 0.00 | FA |
| 5. Joint Savings Account Chase Bank - Account #XXXXX2 | 1,250.66 | 0.00 | | 0.00 | FA |
| 6. Schwab Brokerage Account Joint Account Location: S | 0.04 | 0.00 | | 0.00 | FA |
| 7. Schwab Brokerage Account Location: Charles Schwab | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 8. T. Rowe Price Mutual Funds Account Location: T. Ro | 435.00 | 0.00 | | 0.00 | FA |
| 9. USAA Asset Management Account Location: In debtor' | 1.86 | 0.00 | | 0.00 | FA |
| 10. USAA Asset Management Account | 37,058.00 | 12,000.00 | | 12,000.00 | FA |
| 11. Household goods Location: In debtor's possession | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. Necessary Wearing Apparel Location: In debtor's po | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. Three watches Location: In debtor's possession | 100.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 20.00

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 13-43272 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- | --- | --- |
| Case Name: | REYES, DIEGO | | | Date Filed (f) or Converted (c): | 11/05/13 (f) |
| | | | | 341(a) Meeting Date: | 12/19/13 |
| | | | | Claims Bar Date: | 01/25/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Term Life Insurance Location: with Employer (Gartn | 0.00 | 0.00 | | 0.00 | FA |
| 15. Term Life Insurance Policy Location: AAA | 0.00 | 0.00 | | 0.00 | FA |
| 16. Universal Life Insurance (Wife is benficiary of $1 | 29,635.05 | 0.00 | | 0.00 | FA |
| 17. USAA Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 18. 529 Education IRA Plan (State College Education) | 90,000.00 | 0.00 | | 0.00 | FA |
| 19. Bright Star Savings Illinois | 17,897.00 | 0.00 | | 0.00 | FA |
| 20. 401 (K) with Gartner | 105,000.00 | 0.00 | | 0.00 | FA |
| 21. 401(K) with Video Jet Technologies (former employe | 180.00 | 0.00 | | 0.00 | FA |
| 22. IRA Charles Schwab | 105,000.00 | 0.00 | | 0.00 | FA |
| 23. 1/3 of Arthree, LLC (a non-operating Illinois LLC) | 0.00 | 0.00 | | 0.00 | FA |
| 24. Possible Salary Bonus From Employer (u) | 28,787.26 | 17,000.00 | | 17,000.00 | FA |
| 25. 2013 Federal Income Tax Refund (u) | 4,000.00 | 500.00 | | 500.00 | FA |
| 26. Keeler Property Refi Refund (u) | 1,846.64 | 500.00 | | 500.00 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010)  *(Page: 9)*

Ver: 20.00

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3
Exhibit 8

| Case No: | 13-43272 TAB Judge: TIMOTHY A. BARNES | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- |
| Case Name: | REYES, DIEGO | Date Filed (f) or Converted (c): | 11/05/13 (f) |
| | | 341(a) Meeting Date: | 12/19/13 |
| | | Claims Bar Date: | 01/25/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $997,310.46 | $40,000.00 | | $40,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Review of potential retirement account and real estate interests. Trustee is negotiating a sale of various non-exempt
assets with the Debtor.

The Debtor has agreed to purchase the Estate's interest in certain assets for $40,000. The Trustee has filed a motion
to approve the sale. The sale was approved and the Trustee received $40,000 from the Debtor.

Initial Projected Date of Final Report (TFR): 03/31/17      Current Projected Date of Final Report (TFR): 03/31/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-43272 -TAB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | REYES, DIEGO | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2838 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4356 | | |
| For Period Ending: | 05/08/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/06/16 | | Diego Reyes<br>Carmen E. Alicea-Reyes<br>3634 N. Keeler Ave.<br>Chicago, IL 60641 | Sale of Property [Dkt 82] | | 40,000.00 | | 40,000.00 |
| | 24 | | Memo Amount:    17,000.00<br>Salary Bonus from Employer | 1229-000 | | | |
| | 7 | | Memo Amount:    10,000.00<br>Schwab Brokerage Account | 1129-000 | | | |
| | 10 | | Memo Amount:    12,000.00<br>USAA Asset Management Account | 1129-000 | | | |
| | 25 | | Memo Amount:    500.00<br>2013 Federal IncomeTax Refund | 1224-000 | | | |
| | 26 | | Memo Amount:    500.00<br>Keeler Property Refi Refund | 1229-000 | | | |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.95 | 39,952.05 |
| 01/26/17 | 030001 | Illinois Department of Revenue<br>P.O. Box19053<br>Springfield. Illinois<br>62794-9053 | State Income Tax Dec 31 2016 | 2820-000 | | 20.00 | 39,932.05 |
| 03/28/17 | 030002 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Compensation | 2100-000 | | 4,750.00 | 35,182.05 |
| 03/28/17 | 030003 | R. Scott Alsterda as Trustee | Trustee Expenses | 2200-000 | | 54.50 | 35,127.55 |

Page Subtotals    40,000.00    4,872.45

Ver: 20.00

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 11)

FORM 2     Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 13-43272 -TAB | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | REYES, DIEGO | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2838 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4356 | | | |
| For Period Ending: | 05/08/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | | | | | |
| 03/28/17 | 030004 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 12,901.00 | 22,226.55 |
| 03/28/17 | 030005 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 234.10 | 21,992.45 |
| 03/28/17 | 030006 | Kutchins, Robbins & Diamond, Ltd.<br>c/o Lois West<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60101 | Accountant for Trustee Expenses (Ot | 3410-000 | | 969.00 | 21,023.45 |
| 03/28/17 | 030007 | Northbrook Bank And Trust Company<br>c/o Crowley & Lamb, PC<br>Attn: Jennifer E. Frick<br>221 North LaSalle Street, Suite 1550<br>Chicago, IL 60601 | Claim 000001, Payment 3.21990% | 7100-000 | | 20,099.58 | 923.87 |
| 03/28/17 | 030008 | Navient Solutions, Inc.<br>Department of Education Servicing<br>P.O. Box 740351<br>Atlanta, GA 30374-0351 | Claim 000003, Payment 3.21992% | 7100-000 | | 923.87 | 0.00 |

                                                               Page Subtotals      0.00      35,127.55

Ver: 20.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 13-43272 -TAB | |
| Case Name: | REYES, DIEGO | |
| Taxpayer ID No: | *******4356 | |
| For Period Ending: | 05/08/17 | |

| | | |
|---|---|---|
| Trustee Name: | R. SCOTT ALSTERDA | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******2838  Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 40,000.00 | COLUMN TOTALS | 40,000.00 | 40,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 40,000.00 | 40,000.00 | |
| Memo Allocation Net: | 40,000.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 40,000.00 | 40,000.00 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 40,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******2838 | 40,000.00 | 40,000.00 | 0.00 |
| Total Memo Allocation Net: | 40,000.00 | | 40,000.00 | 40,000.00 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

                   /s/    R. SCOTT ALSTERDA
Trustee's Signature: _____ Date: 05/08/17
                   R. SCOTT ALSTERDA

Page Subtotals                0.00           0.00

Ver: 20.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*